UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| GRIGEREK, BRIAN ANDREW | ) CHAPTER 7 |
| SSN: XXX-XX-8602 | ) CASE NO. 17-19874-JGR |
| | ) |
| SSN: | ) |
| | ) |
| Debtor(s). | ) |

## STIPULATION TO FILE INCOME TAX RETURNS AND TURNOVER REFUNDS

1. The Trustee, Robertson B. Cohen, and the above-named Debtor(s) agree that the Debtor(s) shall file all income tax returns for the 2017 tax year with the Internal Revenue Service and the State of Colorado by no later than April 15, 2018. Copies of all such income tax returns shall be mailed to the Trustee simultaneously with the filing of the same with the appropriate taxing authorities.

2. By their signatures on this Stipulation, the Debtor(s) authorize the Internal Revenue Serve and the Colorado Department of Revenue to send the Debtor(s) tax refund checks for the taxable year(s) set forth above directly to the Trustee. In the event the refund checks are sent to the Debtor(s), the Debtor(s) shall, within three (3) days after such refund is received, endorse the refund check as follows: "Pay to the order of Robertson B. Cohen, Trustee," and deliver such check to the Trustee.

3. Upon receipt of any refund check(s), the Trustee will deposit the same in an estate bank account. After deducting the exempt portion of any refund, the non-exempt portion of the refund for the applicable year will be prorated as follows: The non-exempt amount of the refund will be divided by the number of days in the tax year for which the refund is due. The quotient will then be multiplied by the number of days in that year preceding the date of the filing of the petition to determine the estate's interest in the refund; provided, however, that the Trustee may also apply the non-exempt portion of the refund exceeding the estate's prorated share to satisfy any other non-exempt property. Otherwise, the non-exempt amount of the tax refund which is not retained for the benefit of the creditors of the estate will be returned to the Debtor(s). The exempt portion of the refund shall be refunded to the Debtor(s).

4. All tax returns and refund checks shall be delivered to Robertson B. Cohen, Trustee, 1720 S Bellaire Street, Suite 205, Denver, CO 80222. Tax returns can also be sent electronically to bsaville@cohenlawyers.com.

5.   In the event the Debtor(s) is in default of the terms of this Stipulation, the Debtor(s) agrees to pay any costs or attorney's fees incurred by the Trustee in enforcing this Stipulation and/or in connection with the collection of amounts owing under this Stipulation.

6.   The Debtor(s) stipulate and agree that the Trustee shall be deemed an authorized representative of the Debtor(s) for the purposes of obtaining copies of all reports and returns filed by the Debtor(s) with the Colorado Department of Revenue and Internal Revenue Service for the tax years which are subject of this Stipulation, as well as any information regarding the reports and returns, including, but not limited to, the status of the Debtor(s) tax refunds. The Debtor(s) further authorize the Colorado Department of Revenue and the Internal Revenue Service to provide the Trustee with copies of all reports and returns filed by the Debtor(s) for the tax years which are the subject of this Stipulation, as well as any information regarding the reports and returns, including, but not limited to, the status of the Debtor(s) tax refunds.

7.   It is further agreed that this Stipulation will be submitted to the United States Bankruptcy Court for entry as an Order without further notice and hearing. The Order approving this Stipulation shall be deemed an Order directing the Debtor(s) to timely comply with this Stipulation and shall have the force and effect of law as provided by the Bankruptcy Code, 11 U.S.C. §101 *et seq.*

DATED this 12/04/17.

_____
Debtor

_____
Debtor

_____
Robertson B Cohen, Trustee
1720 S Bellaire Suite 205
Denver, CO 80222
(303) 933-4529

_____
Attorney for Debtor(s)