# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 17-19874-JGR |
| | ) | |
| Grigerek, Brian | ) | Chapter 7 |
| | ) | |
| | ) | |
| | ) | |
| Debtor | ) | |

## MOTION TO ABANDON

    Now comes the Debtor, by and through counsel, N. Craig Horvath, and moves this Court for an Order that the property be deemed abandoned by the Trustee unless the Trustee timely objects to this Motion pursuant to Fed.R.Bankr.P.6007(b) and 11 U.S.C. § 554(b).  As grounds for the Motion, Debtor states as follows:

1. Debtor filed a petition under Chapter 7 of the Bankruptcy Code on October 25, 2017.

2. Debtor seeks to have property of the estate abandoned as the property is of inconsequential value or is burdensome to the estate.

3. Debtor listed real estate in his Schedule A.  Debtor is in the process of trying to sell his home.  There is no non-exempt equity in the home and the Trustee has entered into a Stipulation with the Debtor for other non-exempt assets.  Thus, it seems as though the real estate is of no value to the Estate.

4. The title company will not allow Debtor to close on the sale of the property without an Order of Abandonment from the Court.

    WHEREFORE, the Debtor respectfully requests that the Court enter an Order that the property be deemed abandoned by the Trustee unless the Trustee timely objects to this Motion.

DATED this 7th day of February, 2018.

                                            Respectfully submitted,

                                            Law Office of Jason Blust, LLC

                                            */s/ N. Craig Horvath*
                                            Counsel for Debtor

Attorney registration number: 47393
2305 E Arapahoe Rd, Suite 241
Centennial, CO 80122
Telephone number:  303.798.2739
Facsimile number:  303.798.4663
E-mail: craig.horvath@clientfirstbankruptcy.com