# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 17-19874-JGR |
| | ) | |
| Grigerek, Brian | ) | Chapter 7 |
| | ) | |
| | ) | |
| | ) | |
| Debtor | ) | |

## ORDER

The Court has reviewed the Motion and file. The Debtor's Motion to Abandon is granted. It is hereby ordered that:

1. The Debtor's real estate is abandoned from the Bankruptcy Estate.

DONE AND SIGNED this 2nd day of March, 2018.

                                                    BY THE COURT:

                                                    _____
                                                    United States Bankruptcy Judge