**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| GRIGEREK, BRIAN ANDREW | ) | CHAPTER 7 |
| XXX-XX-8602 | ) | CASE NO. 17-19874-JGR |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULES 2002-1 AND 9013-1 OF TRUSTEE'S COMBINED MOTION TO (i) EMPLOY AUCTIONEER, (ii) SELL PERSONAL PROPERTY AT PUBLIC AUCTION SALE, AND (iii) COMPENSATE AUCTIONEER FOLLOWING SALE**

**OBJECTION DEADLINE: April 4, 2018.**

YOU ARE HEREBY NOTIFIED that Robertson B. Cohen, as Chapter 7 Trustee ("Trustee") of the above-referenced matter, has filed a Combined Motion to (i) Employ Auctioneer, (ii) Sell Personal Property at Public Auction Sale, and (iii) to Compensate Auctioneer Following Sale (the "Motion"). In the Motion, Trustee requests Court authority to sell a BSA Compact 10 gauge shotgun #YB3777, a Mossberg 500 shotgun #L282233, a Mossberg Silver Reserve Model II shotgun #TRS12002026 and a Winchester Model 70 Rifle #328341 ("Personal Property") and to employ Schur Success Auction and Appraisal Inc ("Schur") to sell the Personal Property **at public on-line auction at** bid.schursuccessgroup.com **ending on April 30, 2018**. Because the auction dates may change, creditors and other parties in interest are advised to contact Schur by phone at (719) 667-1000 or on the website www.SchurSuccessGroup.com to confirm the date and time of the auction. Trustee seeks authority to pay from the sale proceeds compensation to Schur at the rate of 5% of the gross sale proceeds in addition to a 10% buyer's premium (paid by the successful bidder), plus reasonable and necessary expenses.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the Combined Motion to (i) Employ Auctioneer, (ii) Sell Personal Property at Public Auction Sale, and (iii) to Compensate Auctioneer Following Sale or if you want the court to consider your views on the Combined Motion to (i) Employ Auctioneer, (ii) Sell Personal Property at Public Auction Sale, and (iii) to Compensate Auctioneer Following Sale, then on or before April 4, 2018, you or your attorney must file with the court a response and/or a request for hearing which clearly states all objections and any legal basis for the objections at:

Clerk, US Bankruptcy Court
721 19th Street
Denver, CO 80202

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also send a copy to:

Trustee Robertson B. Cohen
1720 S Bellaire Street, Ste. 205
Denver, CO 80222

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting the relief.

Dated this March 14, 2018.

                                        Respectfully submitted,

                              By: */s/ Robertson B. Cohen*
                                  Robertson B. Cohen, Chapter 7 Trustee
                                  1720 S Bellaire, Suite 205
                                  Denver, CO  80222
                                  Telephone:  (303) 933-4529
                                  Facsimile: (866) 230-8268
                                  Email:trusteecohen@cohenlawyers.com