UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| GRIGEREK, BRIAN ANDREW | ) | CASE NO. 17-19874-JGR |
| XXX-XX-8602 | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER

On March 14, 2018, Robertson B. Cohen as Chapter 7 Trustee ("Trustee") of the above captioned case filed an Application to Employ, Sell and Compensate (the "Application") . Trustee hereby certifies that the following is true and correct:

1. Service of the Application and notice were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and the L.B.R. as is shown on the certificate of service, previously filed with the Application on March 14, 2018.

2. The docket numbers for each of the following relevant documents are:
   a. The Application and all documents attached thereto and served therewith, **(Docket No. 27)**;
   b. The Notice, **(Docket No. 28)**;
   c. The Certificate of Service of the notice, **(Docket No. 29)**;
   d. The proposed order, **(Docket No. 27-1)**.

3. No Objections to or requests for hearing on the Application were received by the undersigned, or filed with the court and docketed in the case file by the date designated in the notice.

WHEREFORE, Trustee prays that the court forthwith enter an order, a form of which is submitted herewith, granting the requested relief.

Dated this April 12, 2018.

                        Respectfully submitted,
                 By: */s/ Robertson B. Cohen*
                        Robertson B. Cohen, Chapter 7 Trustee
                        1720 S Bellaire Suite 205
                        Denver, CO  80222
                        Telephone:  (303) 933-4529
                        Facsimile: (866) 230-8268