# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| GRIGEREK, BRIAN ANDREW | ) | CHAPTER 7 |
| XXX-XX-8602 | ) | CASE NO. 17-19874-JGR |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## ORDER GRANTING TRUSTEE'S COMBINED MOTION TO (i) EMPLOY AUCTIONEER, (ii) SELL PERSONAL PROPERTY AT PUBLIC AUCTION SALE, AND (iii) COMPENSATE AUCTIONEER FOLLOWING SALE

THIS MATTER having come before the Court on Trustee's Combined Motion to (i) Employ Auctioneer, (ii) Sell Personal Property at Public Auction Sale, and (iii) to Compensate Auctioneer Following Sale (the "Motion") filed by Robertson B. Cohen, as Chapter 7 Trustee herein, the Motion having been duly served and no objections having been filed, having shown good cause and being advised in the premises, hereby:

ORDERS that the Motion is GRANTED and the Trustee is authorized to:

(i)	sell a BSA Compact 10 gauge shotgun #YB3777, a Mossberg 500 shotgun #L282233, a Mossberg Silver Reserve Model II shotgun #TRS12002026 and a Winchester Model 70 Rifle #328341 (referred to herein as the "Personal Property"), other than in the ordinary course of Personal pursuant to Bankruptcy Code §363(b), and to take all actions as may be necessary and appropriate to effectuate the sale of the Personal Property, and

(ii)	to employ Schur Success Realty & Auction LLC ("Schur") to conduct the public auction of the Personal Property and to compensate Schur at the rate of 5% of the gross sale proceeds of the Personal Property in addition to a 10% buyer's premium (paid by the successful bidder) plus reasonable and necessary costs and expenses incurred in connection with the sale as described in the Motion.

Dated: _____, 2018.

BY THE COURT:

_____
United States Bankruptcy Judge
Hon. Joseph G. Rosania, Jr.