SCHURSUCCESS
GROUP
REAL ESTATE • AUCTION
FUNDRAISING • ASSET APPRAISAL

December 18, 2017

Attn: Rob Cohen
Cohen & Cohen PC
1720 S Bellaire St #205
Denver, CO 80222

Mr. Cohen:

In accordance with Fed. R. Bankr. P. 6004 (f)(1), this letter is your Report of Sale regarding the following auction:

| | | | |
|---|---|---|---|
| Case Number: | **17-BK-19874 JGR** | Debtor: | **B. Grigerek** |
| Date of Sale: | May 14, 2018 | Time of Sale: | 7:00 PM |
| Location of Sale: | Monument, Colorado | Method of Sale: | Online only |
| Unsold Items: | **All remaining items from this auction were sold.** | | |

A number of enclosures are included with this letter including: A list of each lot sold, bidder number, and bid price; A list of all bidders registered for this auction; and A sample of advertising efforts.

All buyers were charged a thirteen and one-half percent (13.5%) buyer's premium for payments made via credit card, and a ten percent (10%) buyer's premium for purchases made via another method. The three and one-half percent (3.5%) difference between these percentages was retained by the auctioneer as a payment processing fee.

The total amount of funds received from is auction are detailed as follows:

| | |
|---|---|
| Gross Sales: | **$1280.00** |
| Buyer's Premium: | $128.00 |
| Credit Card Processing Fees: | $6.48 |
| Total Funds Collected: | **$1414.48** |
| Total Funds Submitted: | **$1408.00** |

Our Company seeks to be compensated by the Trustee for the following:

| | |
|---|---|
| Buyer's Premium: | $128.00 |
| Sales Commission: | $64.00 |
| Marketing/Advertising Charges: | $10.00 |
| Storage Fees: | $20.00 |
| Total Compensation Sought: | **$222.00** |

The difference between these two amounts is the net funds collected by the Bankruptcy Estate: $1186.00

It has been our pleasure to serve you in this matter. Please do not hesitate to contact our office if you have any questions. We look forward to serving you again.

Sincerely,

Michael P. "Whit" Whitfield

Auction & Appraisal Services Manager

cc: Clerk of the US Bankruptcy Court, Colorado District
Nicholas Craig Horvath, Counsel for Debtor
United States Trustee (19th Region)

# MARKETING REPORT

## CASE # 17-19874 / B. Grigerek

The assets for this case consisted of four firearms. The four firearms were sold in conjunction with a monthly online firearms and sporting goods consignment auction.

Facebook does not permit paid advertisements for firearms. As a result, we limited our marketing campaign to other forms of advertising and promotion: unpaid social media posts, an email blast, and listing the consignment auction with a multitude of auction directory sites.

Advertising costs for this case were $10 for paid advertisements on ArmsList.com and EstateSales.Net. These particular sites permit firearms advertisements from Federal Firearms Licensees.




366 Second Street, Suite B, Monument, Colorado 80132-7903
719.667.1000 • 866.290-2243
www.SchurSuccessGroup.com



United States Bankruptcy Court - District of Colorado
Online Filing Tool Submission

Document: 'Misc Document 1' Submitted: 5/18/2018 3:19:01 PM
Document: 'Misc Document 2' Submitted: 5/18/2018 3:19:01 PM

User Information

Michael Whitfield
366 Second St., Suite B
Monument
CO
80132

Whit@successauctions.com
719-667-1000

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| GRIGEREK, BRIAN ANDREW | ) | CHAPTER 7 |
| XXX-XX-8602 | ) | CASE NO. 17-19874-JGR |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## REPORT OF SALE

COMES NOW Schur Success Auction & Appraisal Inc., in the above captioned proceeding and states as follows:

1. On April 13, 2018, Chapter 7 Trustee, Robertson B. Cohen, ("Trustee") obtained an Order from the Court for the sale of assets at public auction, and for the employment and compensation of the undersigned auctioneer.

2. The property consigned by the Trustee was sold at public auction through the Internet with the open bidding ending May 14, 2018. At list of each item sold, along with the price and the buyer, is attached. A list of registered buyers is also attached.

3. The total proceeds of $1408.00 received for the property consigned by the Trustee were mailed or delivered to the Trustee on December 21, 2017.

4. The Undersigned was paid a ten percent (10 %) buyer's premium of $128.00; and a five percent (5%) commission of $64.00. Expenses incurred regarding this bankruptcy estate totaled $30.00.

5. If any items consigned by the Trustee were not sold, the items have been returned to the Trustee or will be sold at a later auction date.

6. The undersigned hereby certifies that neither he nor any of his employees acquired any interest, either direct or indirect, in any of the property sold.

Dated this May 18, 2018.

Respectfully submitted,

Richard D Schur,
Schur Success Auction & Appraisal Inc.
366 Second Street, Ste. B
Monument, CO 80132
Phone: 719-667-1000

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 18, 2018, a true and correct copy of the foregoing REPORT OF SALE was duly served by placing the same, postage pre-paid, in the United States mail, addressed as follows:

| | |
|---|---|
| US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St. Ste. 12-200<br>Denver, CO 80294 | Robertson B. Cohen<br>Chapter 7 Trustee<br>1720 S Bellaire St., Ste. 205<br>Denver, CO 80222 |
| US Bankruptcy Court<br>721 19th Street<br>Denver, CO 80202 | Nicholas Craig Horvath<br>2305 E Arapahoe Rd, Suite 241<br>Centennial, CO 80122 |

/s/________________________________

Richard D Schur,
Schur Success Auction & Appraisal Inc.
366 Second Street, Ste. B
Monument, CO 80132
Phone: 719-667-1000

United States Bankruptcy Court - District of Colorado
Online Filing Tool Submission

Document: 'Misc Document 1' Submitted: 5/18/2018 3:19:01 PM
Document: 'Misc Document 2' Submitted: 5/18/2018 3:19:01 PM

User Information

Michael Whitfield
366 Second St., Suite B
Monument
CO
80132

Whit@successauctions.com
719-667-1000

Schur Success Group | Monday Mania - Firearms, Collectibles, and More | Accounting - Reports - Buyers

| Bidder | First Name | Last Name | Company | Phone | Email | Address | Online | Status | Tax Exempt |
|---|---|---|---|---|---|---|---|---|---|
| 10000 | rendy | beltran | | (720) 229-7064 | rendybeltran3@gmail.com | 4299 s argonne st aurora, CO 80013 | | | |
| 10001 | Aaron | Faulkner | | (303) 587-4860 | aaronfaulkner47@yahoo.com | 2127 s flanders st Aurora, CO 80013 | | | |
| 10002 | Scott | Campisi | | (512) 932-8066 | mstrgnnr@yahoo.com | 304 Pedernales Ln Kempner, TX 76539 | | | |
| 10003 | Rick | Ellis | | (303) 933-3313 | rellis3313@gmail.com | 8006 S. Dover St Littleton, CO 80128 | | | |
| 10004 | Robert | Baker | | (719) 332-8036 | rlbaker2002@yahoo.com | 3805 CURTIS RD PEYTON, CO 80831 | | | |
| 10005 | Shannon | Schur | | (303) 424-0520 | shannon@schursuccessgroup.com | 366 Second Street, Suite B Monument, CO 80132 | | | ✓ |
| 10006 | Horacio | Lopez | | (720) 288-8026 | horaciolopez2570@yahoo.com | 1930 Newark St Aurora , CO 80010 | | | |
| 10007 | Rich | Schur | | (719) 667-1002 | rich@successauctions.com | 366 Second Street Monument, CO 80132 | | | ✓ |
| 10008 | Brett | Turner | | (303) 901-5215 | turnerbrettd@gmail.com | 3401 Bruce Randolph Ave Denver, CO 80205 | | | |
| 10009 | Boyd | Deckard | | (314) 575-6961 | boyddeck@gmail.com | 17620 Steppler Rd Colorado Springs, CO 80908 | | Invoice(s) Paid | |
| 10010 | michael | sivels | | (719) 237-0744 | chiefsmash@gmail.com | 425 n elpaso st colorado springs, CO 80903 | | | |
| 10011 | kenneth | broughton | | (815) 585-5715 | maxbet540@yahoo.com | 2256 e 109th p Northglenn, CO 80233 | | | |
| 10012 | Ronald | Stafford | | (719) 822-3181 | stuckinkoreaagain2001@yahoo.com | 6585 Cabana Circle Colorado Springs , CO 80923 | | | |
| 10013 | Patrick | Rice | | (808) 722-4790 | mikerice87@gmail.com | 6079 Desoto Dr Colorado Springs, CO 80922 | | | |
| 10014 | Darryl | Money | | (719) 493-8760 | darryl_money@yahoo.com | 8022 Noble Fir Ct colorado springs, CO 80927 | | Invoice(s) Paid | |
| 10015 | Christopher | Owens | | (720) 280-6738 | chrisowens2929@gmail.com | 5573 Nepal St Denver, CO 80249 | | | |
| 10016 | Nathan | James | | (719) 659-8519 | ntjam223@gmail.com | 1223 Firefly Circle Colorado Springs, CO 80916 | | Invoice(s) Paid | |

| Bidder | First Name | Last Name | Company | Phone | Email | Address | Online | Status | Tax Exempt |
|---|---|---|---|---|---|---|---|---|---|
| 10017 | Becky | Tamblyn | | (719) 271-3631 | becky.tamblyn@gmail.com | 2409 Flintridge Dr Colorado Springs, CO 80918 | | | |
| 10018 | Martin | Trujillo | | (858) 733-2027 | world03@gmail.com | 1420 Oakmont drive Colorado Springs , CO 80921 | | Invoice(s) Paid | ✓ |
| 10019 | Mona | Campbell | | (719) 660-3551 | mom_campbell@hotmail.com | 213 North Fourth St. Victor, CO 80860 | | | ✓ |
| 10020 | Joe | Estrada | | (720) 690-7874 | mrjojo31.je@gmail.com | 8127 Pearl Street Denver, CO 80229 | | | |
| 10021 | Anthony | Bachmann | | (719) 322-4919 | anthonybachmann@gmail.com | 14230 Woodrock Path Colorado Springs, CO 80921 | | Invoice(s) Paid | |
| 10022 | Greg | Mills | | (719) 491-6647 | gmills@aventa.com | 6740 Apricot Lane Colorado Springs, CO 80918 | | | |
| 10023 | Brian | Crippin | | (719) 661-9661 | brianjcrippin@gmail.com | 1404 Eagle view drive Colorado Springs, CO 80909 | | Invoice(s) Paid | |
| 10024 | Robert | Braun | | (719) 210-6528 | robertbraun2110@comcast.net | 3013 Wellshire Blvd Colorado springs, CO 80910 | | | |
| 10025 | Samuel | Payne | | (719) 213-9198 | samgpayne@gmail.com | 5400 South Park Terrace Avenue, Apt 1-103 Greenwood Village, CO 80111 | | | |
| 10026 | Stephane | DESCAMPS | | (303) 330-4439 | sdescamps@oxya.com | 4500 S Monaco ST denver, CO 80237 | | | |
| 10027 | Tyler | Briggs | | (309) 530-4933 | briggz20@hotmail.com | 1050 n academy st Galesburg , IL 61401 | | | |
| 10028 | Cynthia | Keese | | (719) 683-4560 | ckthriftytreasures@yahoo.com | 6315 Peerless Farms Rd Peyton, CO 80831 | | | |
| 10029 | Randy | Sylvan | | (847) 975-0405 | rsylvan100@comcast.net | 3452 West Mardan Drive Long Grove, IL 60047 | | | ✓ |
| 10030 | John | Lane | | (719) 510-9503 | johnflane2@msn.com | 10916 Silver Mountain Pt Colorado Springs, CO 80908 | | | |
| 10031 | Jenkin | Tudor | | (719) 660-7299 | jenkintudor@gmail.com | 7502 Tudor Rd Colorado Springs, CO 80919 | | | |
| 10032 | Ryan | Weams | | (719) 368-1008 | ryan.weams@outlook.com | 9340 Cheiftan Dr Colorado Springs, CO 80925 | | | |

| Bidder | First Name | Last Name | Company | Phone | Email | Address | Online | Status | Tax Exempt |
|---|---|---|---|---|---|---|---|---|---|
| 10033 | Robert | Montoya | | (719) 240-0716 | montoyar428@gmail.com | 421 booth ave. Pueblo , CO 81001 | | | |
| 10034 | Deborah | Brown | | (719) 232-7955 | debthewizard@gmail.com | 610 Paradise Lane Colorado Springs , CO 80904 | | | |
| 10035 | Luis | Andrade | | 720606310 | nnikky734@gmail.com | 10800 E Garden Dr 8E Aurora, CO 80012 | | | |
| 10036 | Jose | Uribe | | (915) 401-9037 | fordjosef@gmail.com | 201 e 45th ave Denver, CO 80216 | | | |
| 10037 | Chalie | Espinoza | | (719) 671-9617 | cespinoza008@yahoo.com | 7365 Far Hill Colorado Springs, CO 80922 | | | |
| 10038 | John | Wesley | | (720) 620-9933 | j.wesley01@gmail.com | 5522 s Jericho way Centennial , CO 80015 | | | |
| 10039 | lance | goraczkowski | | (720) 346-5138 | lancegski@gmail.com | PO BOX 3557 Monument, CO 80132 | | | |
| 10040 | Joshua | Troyer | | (970) 443-9637 | joshtroyer91@gmail.com | 9630 Arroya ln Peyton, CO 80831 | | | |
| 10041 | kimberley | sweetalla | | (307) 365-4449 | ksweetco@aol.com | 6523 Benton Circle Arvada , CO 80003 | | | |
| 10042 | Rob | GILLEN | | (719) 645-9800 | djrobco@gmail.com | 7644 Stetson Highlands Dr. Colorado Springs, CO 80923 | | | |
| 10043 | Mark | Yorkston | | (719) 291-4668 | unklebug@yahoo.com | 6164 Montarbor Dr. Colorado Springs, CO 80918 | | | |
| 10044 | Kenneth | Austin | | (919) 938-9354 | kaustin057@yahoo.com | 15 W. Waddell Dr Smithfield, NC 27577 | | Invoice(s) Paid | ✓ |
| 10045 | Joseph | Jueschke | | (970) 260-0300 | itieflys01@hotmail.com | 6485 Coyote Ridge Ct Colorado Springs, CO 80923 | | | |
| 10046 | Gerald | Hospador | | (719) 321-4737 | hospador@me.com | 4676 Sleepy Hollow Cir N Colorado Springs, CO 80917 | | | |
| 10047 | Gina | Caughey | A Call to Order | (719) 231-5425 | acalltoorderco@gmail.com | 2940 Helmsdale Drive Colorado Springs , CO 80920 | | | |
| 10048 | Ken | Ganskow | | (720) 415-1606 | dckennyg@yahoo.com | 10906 W. Ohio Dr Lakewood, CO 80226 | | | |
| 10049 | Ernest | Biggs | | (719) 651-1945 | ernie-biggs@comcast.net | Po Box 1134 Monument, CO 80132 | | | |
| 10050 | Ronnie | Ward | | (719) 354-6789 | ronnie.ward29@yahoo.com | 621 Lincoln street Pueblo , CO 81004 | | | |

| Bidder | First Name | Last Name | Company | Phone | Email | Address | Online | Status | Tax Exempt |
|---|---|---|---|---|---|---|---|---|---|
| 10051 | Mike | Seabaugh | | +44 5204241183 | michaelseab@hotmail.com | 6689 Devinney Ct Arvada , CO 80004 JE | | | |
| 10052 | Justin | Koltiska | | (307) 752-5658 | justinkoltiska@hotmail.com | 811 US HWY 14 E Sheridan , WY 82801 | | | |
| 10053 | Isaac | Badgerow | | (720) 635-5981 | isaacbadgerow@gmail.com | 7895 hollywood st Commerce city, CO 80022 | | | |
| 10054 | Rhonda | Baker | | (719) 235-2625 | rlreader20@gmail.com | 3805 Curtis Rd Peyton, CO 80831 | | | |
| 10055 | Jim | Ostler | | (719) 679-7535 | jjostler1091@gmail.com | 7895 Indian Village HTS Fountain , CO 80817 | | | |
| 10056 | MIKE | DAVIDSON | | (812) 903-0562 | oldog1427@aol.com | 1675 EDWARDSVILLE-GALENA RD. GEORGETOWN, IN 47122 | | | |
| 10057 | Coy | Harvey | | (719) 321-7832 | coy12456@hotmail.com | 1614 Vasquez Cir Colorado Springs, CO 80915 | | | |
| 10058 | Juan | Rodriguez | | (720) 252-1630 | frankmelgar29@yahoo.com | 1396 S Galena st B202 Aurora, CO 80247 | | Invoice(s) Paid | |
| 10059 | Brynn | McKenna | | (719) 424-5575 | searchfinds@gmail.com | 959 Pulpit Rock Court Colorado Springs, CO 80918 | | | |
| 10060 | Carlos | Chaffino | | (719) 329-4021 | chrischaffino@gmail.com | 835 Piros Dr Colorado Springs, CO 80922 | | | |
| 10061 | Mark | Scott | | (303) 951-4982 | 54bookstoge@gmail.com | 1618 Perry Park Ave Larkspur, CO 80118 | | | |
| 10062 | Shawn | Turner | | (719) 534-3935 | eswheeler70@gmail.com | 12383 Pine Valley Circle Peyton, CO 80831 | | Invoice(s) Paid | |
| 10063 | Richard | Saba | | (303) 946-6624 | rich.saba@gmail.com | 985 Fayben Circle Elizabeth, CO 80107 | | | |
| 10064 | Raed | Mahmood | | (216) 278-4686 | raid.talib84@gmail.com | 630 S Dayton st 9-111 Denver , CO 80247 | | | |
| 10065 | Nick | Hatfield | | (720) 934-3132 | nhatfiel@jdbyrider.com | 8083 s jay dr littleton, CO 80128 | | | |
| 10066 | Ken | Rambo | | (970) 646-2430 | kenrambo@usa.com | 7424 Chelsey Way falcon, CO 80831 | | | |
| 10067 | Herbert | St. Clair | | (719) 485-3345 | hsc@socolo.net | 7704 STATE HIGHWAY 78 W BEULAH, CO 81023-9732 | | Invoice(s) Paid | |
| 10068 | Alejandro | Serrano | | (970) 347-0104 | alexserrano8@hotmail.com | 3152 20th Avenue Greeley, CO 80631 | | | |

| Bidder | First Name | Last Name | Company | Phone | Email | Address | Online | Status | Tax Exempt |
|---|---|---|---|---|---|---|---|---|---|
| 10069 | Javier | Cano | | (303) 472-7350 | canojavier956@gmail.com | 850 Irving st Denver 80204 | | | |
| 10070 | Matt | Orth | | (719) 640-4899 | orthmtt@yahoo.com | 3607 agate dr Colorado Springs , CO 80909 | | Open Invoice(s) | |
| 10071 | Jan | Schott | | (303) 674-1978 | jschott38@comcast.net | 25676 zugspitz rd evergreen, CO 80439 | | Invoice(s) Paid | |
| 10072 | Robert | Vance | | (720) 481-7852 | 66rattler@gmail.com | 10150 e virginia ave denver, CO 80247 | | Invoice(s) Paid | |
| 10073 | Alex | Vaughn | | (720) 234-3216 | vaughnalex@gmail.com | 1711 Florence St. Aurora, CO 80010 | | Invoice(s) Paid | |
| 10074 | Moe | Villafane | | (720) 800-1943 | ubulimited@gmail.com | 11821 E Canal Dr Aurora, CO 80011 | | | |
| 10075 | Tom | Cline | | (303) 883-3058 | tom.cline@ngc.com | 49935 Antelope drive East Bennett, CO 80102 | | Invoice(s) Paid | |
| 10076 | Howard | Phillips | | (719) 491-2766 | phillips.howarda@gmail.com | 5375 Alturas Security, CO 80911 | | | |
| 10077 | Nicholas | Bowman | | (303) 476-8454 | housecallsrealty@gmail.com | 4343 West Roanoke Place Denver, CO 80236 | | | |
| 10078 | Tim | Shettlesworth | | (719) 684-6253 | timorms@gmail.com | 383 Raspberry Ln Monument, CO 80132 | | Invoice(s) Paid | |
| 10079 | Harvey | Costilla | | (719) 373-3303 | htsunamiball@yahoo.com | 5570 Del Rey Dr Colorado Springs, CO 80918 | | | |
| 10080 | David | Wood | | (541) 971-7878 | davewood0801@msn.com | 3215 Blodgett Dr Colorado Springs , CO 80919 | | Invoice(s) Paid | |
| 10081 | George | Nimmo | | (248) 925-6697 | ganimmo@yahoo.com | 5380 Ferret Lane AVON, CO 81620 | | | |
| 10082 | Spero | Demis | demis investors | (303) 757-2727 | flyfishing@aol.com | P.O. Box 24785 denver, CO 80224 | | Invoice(s) Paid | ✓ |
| 10083 | scott | lewis | | (720) 849-5420 | tebowfan2011@aol.com | 544 apollo ct littleton, CO 80124 | | | |
| 10084 | Clasina | James | | (719) 229-1828 | tinekenl@yahoo.com | 18385 Clydesdale road Colorado Springs , CO 80908 | | | ✓ |
| 10085 | Edward | Wright | | (303) 564-2289 | mrright_denver@yahoo.com | 1765 Kimberly Pl Colorado Springs, CO 80915 | | | |
| 10086 | Casey | Brady | | (720) 569-3399 | irishcasey29@gmail.com | 1185 S. Grape st. Denver, CO 80246 | | | |

| Bidder | First Name | Last Name | Company | Phone | Email | Address | Online | Status | Tax Exempt |
|---|---|---|---|---|---|---|---|---|---|
| 10087 | Paul | Royer | | (303) 523-1318 | royer5563@gmail.com | 16149 E. Montana Pl. Aurora, CO 80017 | | Invoice(s) Paid | ✓ |
| 10088 | Kristin | Rivera | | (719) 717-2302 | rkristin23@gmail.com | 2 Arlen St Colorado springs, CO 80909 | | | |
| 10089 | Michael | Thompson | | (303) 880-9428 | owgmt@hotmail.com | 11215 Keota St. Parker, CO 80134 | | Invoice(s) Paid | ✓ |
| 10090 | Vincent | Wesley | | (915) 503-5452 | emr_2233@outlook.com | 3130 Post Oak Dr Colorado Springs, CO 80916 | | Invoice(s) Paid | |
| 10091 | Paul | Schmallen | | (719) 323-0229 | paul@schmallen.com | 4855 W OLD FARM CIR COLORADO SPRINGS, CO 80917-1004 | | Invoice(s) Paid | |
| 10092 | David | Moyer | | (719) 640-6387 | davidmoyer37@gmail.com | 12140 Bobwhite Lane Peyton, CO 80831 | | Invoice(s) Paid | |
| 10093 | Mike | Orist | | (719) 426-0024 | mike.orist@gmail.com | 36 Druid Trail Florissant, CO 80816 | | | |
| 10094 | Larry | Noell | | (913) 684-2589 | eodltc82@gmail.com | 27155 Tonganoxie Road Leavenworth, KS 66048 | | | |
| 10095 | Steve | Gallegos | | (720) 272-1822 | asu29prince@yahoo.com | 471 Oakland St. Aurora . CO 80010 | | | |
| 10096 | Corwin | Yoder | | (816) 591-0252 | corwinyoder@gmail.com | 7120 julian westminster, CO 80030 | | | |
| 10097 | Kelly | Muirheid | | (719) 520-1105 | lablover8582@msn.com | 1307 Friendship Lane East Colorado Springs, CO 80904 | | | |
| 10098 | Hilario | Ortiz | | (720) 226-8655 | aaeconstructor@gmail.com | 5044 Carr st Arvada, CO 80002 | | | |
| 10099 | Timothy | McMillin | | (940) 704-0141 | tim.mcmillin@hotmail.com | 192 East Ridge Drive Woodland Park, CO 80863 | | | |
| 10100 | Milo | Yale | | (303) 929-4336 | gyale@hotmail.com | 2538 S Dover Way Lakewood, CO 80227 | | | |
| 10101 | Vince | Cluxton | | (719) 499-4325 | vincecluxton@hotmail.com | 9130 Bellcove Cir Colorado Springs, CO 80920 | | | |
| 10102 | Trevor | Kaminski | | (715) 281-2268 | trevorkaminski@gmail.com | 2635 Kenton green court Colorado springs, CO 80920 | | | |
| 10103 | Alisha | Hughes | | (719) 354-0383 | alishahughes1@hotmail.com | 3315 Spotted Tail Dr Colorado Springs, CO 80916 | | | |

| Bidder | First Name | Last Name | Company | Phone | Email | Address | Online | Status | Tax Exempt |
|---|---|---|---|---|---|---|---|---|---|
| 10104 | Kevin | Knebel | | (805) 823-5422 | kknebel@sbcglobal.net | 2235 Cloverdale drive Colorado Springs , CO 80920 | | | |
| 10105 | Gerardo | Orozco | | (720) 397-7765 | chapo.orozco13@gmail.com | 203 s Quitman st Denver, CO 80219 | | | |
| 10106 | Jonathan | Gonzalez | | (720) 639-0014 | gonzalezmillan07@gmail.com | 4918 clayton st Denver, CO 80216 | | | |
| 10107 | Brenda | Parker | | (719) 440-5503 | bparker281@comcast.net | 4436 eastcrest circle west colorado springs, CO 80916 | | Invoice(s) Paid | |
| 10108 | Matthew | Davison | | (850) 313-0469 | matthew.davison75@gmail.com | 8028 Grady Circle Castle Rock, CO 80108 | | | |
| 10109 | Deannie | Aleksa | | (719) 217-9803 | deanniea@msn.com | 5120 Oak Grove Drive colorado springs, CO 80911 | | | |
| 10110 | Carlos | Pena | | (970) 388-6640 | elzorro-74@hotmail.com | 3500 35 ave #65 Greeley , CO 80634 | | | |
| 10111 | Ronnal | Harris | | (719) 290-6793 | ronjr43@gmail.com | 706 querida dr Colorado Springs, CO 80909 | | | |
| 10112 | Nakada | Slater | | (303) 513-5093 | beakerns@gmail.com | 6930 S Yukon Way Littleton, CO 80128 | | | |
| 10113 | Steve | Candela | | (720) 377-5052 | candelalung@gmail.com | 1470 Ivy st#24 Denver, CO 80220 | | | |
| 10114 | Michael | Whitfield | | 71923883300 | mpwhitfield@gmail.com | 387 Vista Montana Lane Monument, CO 80132 | | | |
| 10115 | Steve | Anderson | | (720) 218-7675 | steveanderson51@hotmail.com | 12400 E Cornell Ave #204 Aurora, CO 80014 | | | |

United States Bankruptcy Court - District of Colorado
Online Filing Tool Submission

Document: 'Misc Document 3'  Submitted: 5/18/2018 3:33:38 PM
Document: 'Misc Document 4'  Submitted: 5/18/2018 3:33:38 PM

User Information

Michael Whitfield
366 Second St., Suite B
Monument
CO
80132

Whit@successauctions.com
719-667-1000

# Seller Settlement

Schur Success Group
366 Second St.
Suite B
Monument, CO 80132
Phone: (719) 667-1000
Tax #: 841162433

Invoice #: BK-GR-89108-1

## Seller Information

Seller Name: Cohen, Rob
Seller Number: BK-GR
Company: Cohen & Cohen PC
Location: 1720 S Bellaire St #205
Denver, CO 80222
Phone:

## Auction Information

Auction: Monday Mania - Firearms, Collectibles, and More
Date: 05/02/2018 00:00
Location: 366 Second St.
Suite B
Monument, CO 80132

| Lot Num | Additional Description | Bidder | Bid | Comm % | Comm Total | Lot Net |
|---|---|---|---|---|---|---|
| 1 | Mossberg Silver Reserve Model II 12 Gauge Shotgun - TRS12002026 | 10072 | $345.00 | 5% | ($17.25) | $327.75 |
| 21 | Mossberg 500 - 12 Gauge Shotgun - L282233 | 10080 | $185.00 | 5% | ($9.25) | $175.75 |
| 91 | Winchester Model 70 30-06 Rifle with Bushnell SportView Scope - 328341 | 10071 | $500.00 | 5% | ($25.00) | $475.00 |
| 131 | BSA (Birmingham Small Arms) Compact 12 Gauge Shotgun - YB3777 | 10023 | $250.00 | 5% | ($12.50) | $237.50 |
| 4 | | | $1,280.00 | | ($64.00) | $1,216.00 |

Expenses

| Date | Type | Merchant | Description | Amount | Notes |
|---|---|---|---|---|---|
| 05/13/2018 | Seller | ArmsList.com | Marketing Fee | $10.00 | |
| 05/15/2018 | Seller | Schur Success Group | Storage Fee @$5/Item | $20.00 | |

Total Expenses: 2 Total: $30.00

Summary

| | |
|---|---|
| Auction Gross | $1,280.00 |
| Commissions | ($64.00) |
| Expenses | ($30.00) |
| Credits | $0.00 |
| Auction Net | $1,186.00 |
| Total Paid | $0.00 |
| Balance Due | $1,186.00 |

United States Bankruptcy Court - District of Colorado
Online Filing Tool Submission

Document: 'Misc Document 3'  Submitted: 5/18/2018 3:33:38 PM
Document: 'Misc Document 4'  Submitted: 5/18/2018 3:33:38 PM

User Information

Michael Whitfield
366 Second St., Suite B
Monument
CO
80132

Whit@successauctions.com
719-667-1000